Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 30, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 30, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01027-CV

____________

 

IN RE JOSEPH WILLIE, II, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On September 19, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed October 30, 2003.

Panel consists of
Justices Edelman, Frost, and Guzman.